No. 46.  UNITED STATES *v.* WHITE.  C. A. 7th Cir. [Certiorari granted, 394 U. S. 957.]  Case restored to calendar for reargument.

No. 305.  UNITED STATES *v.* SISSON.  Appeal from D. C. Mass.  [Probable jurisdiction postponed, *ante,* p. 812.]  One hour allotted to each side for oral argument.  Motion of Frank P. Slaninger, *pro se,* for leave to dispense with printing *amicus curiae* brief denied. Motion to file a brief as *amicus curiae* will be granted provided the size of the print and pages of his brief is made to conform with requirements of Rules 39 (1) and (4) of the Rules of this Court.  Motion of Los Angeles Selective Service Law Panel for leave to participate in oral argument as *amicus curiae* denied.  *William G. Smith* on the latter motion.

No. 399.  ROWAN, DBA AMERICAN BOOK SERVICE, ET AL. *v.* UNITED STATES POST OFFICE DEPARTMENT ET AL. Appeal from D. C. C. D. Cal.  [Probable jurisdiction noted, *ante,* p. 885.]  Motion of Direct Mail Advertising Assn., Inc., for leave to participate in oral argument as *amicus curiae* denied.  *David E. McGiffert* on the motion.

No. 868, Misc.  POTEET *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT; and
No. 1442, Misc.  WATKINS *v.* WINGO, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 226, Misc.  SAFEGUARD MUTUAL INSURANCE CO. *v.* FREEDMAN, U. S. CIRCUIT JUDGE, ET AL.  Motion for leave to file petition for writ of mandamus denied. *Malcolm W. Berkowitz* and *Malcolm H. Waldron, Jr.,* on the motion.